UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE DAVIS,

Plaintiffs,

v.

TRANSDEV ALTERNATIVE SERVICES, INC.,

Defendants.

Case No. 26-cv-08243-AGT

**CASE MANAGEMENT ORDER**

The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date.

| **Event** | **Date/Deadline** |
|---|---|
| Last day to move to join parties or amend pleadings | December 11, 2026 |
| Fact discovery cutoff | May 3, 2027 |
| Deadline to complete ADR session | June 1, 2027 |
| Deadline to file dispositive motions | June 11, 2027 |
| Initial expert witness disclosures | June 25, 2027 |

| | |
|---|---|
| Rebuttal expert witness disclosures | July 23, 2027 |
| Expert discovery cutoff | August 13, 2027 |
| Final pretrial conference | October 15, 2027 |
| Trial | October 25–29, 2027 |

**IT IS SO ORDERED.**

Dated: November 10, 2026

Alex G. Tse
United States Magistrate Judge